EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Violent Crimes Section Chief

MARSHALL H. SILVERBERG # 5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: marshall.silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 02 2004

at ____ o'clock and ____ min. ____ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR04-00325 SOM |
| Plaintiff, | INDICTMENT |
| vs. | 18 U.S.C. § 1951 |
| KYLE YASUSHI MASAOKA, | |
| Defendant. | |

### INDICTMENT

(18 U.S.C. § 1951)
(attempted robbery that affects interstate commerce)

The Grand Jury charges that:

On or about August 21, 2004, in the District of Hawaii, defendant KYLE YASUSHI MASAOKA, did unlawfully, knowingly, and willfully attempt to obstruct and affect commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully, knowingly, and

willfully attempt to take and obtain personal property consisting of money from the person and presence of an employee of Jan's Store, which engages in commerce and is located at 28-179 Honomu Road, Honomu, Hawaii, in the District of Hawaii, against the employee's will by means of actual and threatened force, violence, and fear of injury, immediate and future, to her person.

All in violation of Title 18, United States Code, Section 1951.

### Sentencing Allegations

With respect to the commission of the offense charged above in the single-count Indictment, the Defendant possessed and brandished a "dangerous weapon" as that term is defined in Application Note 2 to United States Sentencing Commission Guideline Section 2B3.1.

DATED: September 2, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
MARSHALL H. SILVERBERG
Assistant U.S. Attorney

UNITED STATES v. MASAOKA, Cr. No. 04-____   (Indictment)

2